In the Matter of EDWARD BLATT, an Attorney, Respondent.

First Department, June 16, 1939.

*Einar Chrystie*, for the petitioner.

*Edward Blatt*, respondent in person.

PER CURIAM. On May 2, 1939, the respondent was convicted in the District Court of the United States for the Southern District of New York of a violation of section 88 of title 18 of the United States Code (Crim. Code, § 37). Said crime is a felony.

Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, the respondent, therefore, should be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and DORE, JJ., concur.

Respondent disbarred.